# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159574

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

COLLIN JAMES STRICKLIN,
       Defendant-Appellant.

SC: 159574
COA: 340614
Kalamazoo CC:
2016-000496-AR

_____/

      On order of the Court, the application for leave to appeal the April 18, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

p0918